UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SANDRA STROMDAHL<br>   Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>   Defendant. | **JUDGMENT**<br><br>No. 5:18-CV-69-FL |

**Decision by Court.**

This action came before The Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss, converted to motion for summary judgment, and the memorandum and recommendations of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 29, 2018, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on August 29, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)


August 29, 2018          PETER A. MOORE, JR. CLERK
                  /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk